UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRADY,<br><br>    Plaintiff,<br><br>  v.<br><br>SCOTT JONES, et al.,<br><br>    Defendants. | No. 2:21-cv-0489 AC P<br><br><br><br>ORDER |

   Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. The Clerk of Court shall provide plaintiff with another copy of the in forma pauperis application used by this court, and

////

////

////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 14, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE