UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRADY, | No. 2:21-cv-00489 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al., | |
| Defendant. | |

Plaintiff, a federal pretrial detainee, has brought a pro se lawsuit over jail conditions under 42 U.S.C. § 1983. He requests the protection of certain documents. ECF No. 17. Plaintiff's motion seeks the entry into the public record of documents that he believes are in danger of destruction or suppression by defendants. Id. The motion provides no authority for "protection of documents" by the court. However, the filing of the request has resulted in the inclusion of plaintiff's exhibits on the docket. Id. at 3-6. Accordingly, plaintiff's request at ECF No. 17 is DENIED as MOOT.

DATED: June 23, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE