UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRADY,<br><br>           Plaintiff,<br><br>    v.<br><br>SCOTT JONES, et al.,<br><br>           Defendants. | No. 2:21-cv-00489-TLN-AC<br><br>**ORDER** |

Plaintiff Patrick Brady ("Plaintiff"), a federal pretrial detainee proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2021, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 13.) Plaintiff has not filed any timely objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued May 12, 2021 (ECF No. 13), are ADOPTED IN FULL; and

1

2. Plaintiff's Motion for a Preliminary Injunction (ECF No. 6) is DENIED.

IT IS SO ORDERED.

DATED: July 14, 2021

Troy L. Nunley
United States District Judge