1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    PATRICK BRADY,                            No. 2:21-cv-00489-TLN-AC

12                   Plaintiff,

13          v.                                  **ORDER**

14    SCOTT JONES, et al.,

15                   Defendant.

16

17          Plaintiff Patrick Brady ("Plaintiff"), a pretrial detainee proceeding *pro se*, has filed this

18    civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 24, 2021, the magistrate judge issued findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (ECF No. 20.)  On July 8,

23    2021, Plaintiff filed objections to the findings and recommendations.  (ECF No. 21.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this

25    Court has conducted a *de novo* review of this case.  *See McDonnell Douglas Corp. v. Commodore*

26    *Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see*

27    *also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  Having reviewed the file under the

28    ///

1

applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued June 24, 2021 (ECF No. 20), are ADOPTED IN FULL,

2. The First Amended Complaint is DISMISSED pursuant to 28 U.S.C. § 1915A(a), without leave to amend for failure to state a claim upon which relief may be granted, and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED:  August 4, 2021

Troy L. Nunley
United States District Judge