UNITED STATES DISTRICT COURT

| | |
|---|---|
| PATRICK BRADY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT JONES, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-00489 TLN AC<br><br><br>ORDER |

Plaintiff has filed a motion to modify the discovery and scheduling deadlines governing this case by extending his time to both serve and respond to defendants' discovery requests. ECF No. 51. However, plaintiff does not explain why additional time is needed. Based on this lack of explanation, defendants have filed an opposition to the motion. ECF No. 52.

For lack of good cause shown, IT IS HEREBY ORDERED that plaintiff's motion to modify the discovery and scheduling order (ECF No. 51) is DENIED without prejudice to refiling with adequate support justifying an extension.

DATED: February 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1