1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK BRADY,                          No.  2:21-cv-0489 TLN AC P

12              Plaintiff,

13        v.                                 ORDER

14   SCOTT JONES, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding without an attorney, has filed a motion for a 30-day

18   extension to file an opposition to defendant's motion for summary judgment.  ECF No. 62.

19         Defendants filed their motion for summary judgment on November 25, 2024.  ECF No.

20   61.  According to plaintiff's declaration, he did not receive defendants' motion until December 2,

21   2024.  ECF No. 62 at 4.  A week later, on December 9, he was told to pack up his property

22   because he was on a transfer list.  Id.  This was confirmed the following day.  Id. at 5.  On

23   December 11, 2024, plaintiff inquired about the timeline for the return of his property.  Id.  He

24   was informed it could take one to two weeks after the transfer to get his property back.  Id. at 7.

25   Plaintiff is also concerned about delays that occur due to wait times to sign up for and get called

26   to go to the law library after transfer.  Id. at 2.

27         Good cause appearing, IT IS HEREBY ORDERED that:

28              1.  Plaintiff's motion for a 30-day extension of time (ECF No. 62) is granted; and

1

2. Plaintiff has until January 15, 2025, to file an opposition to defendants' motion for summary judgment.

DATED: December 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2