UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

        Plaintiff,

    v.

SCOTT JONES, et al.,

        Defendants.

No.  2:21-cv-0489 TLN AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2025, after receiving a notice from defendants that he had not received the undersigned October 7, 2025, order and findings and recommendations, and defendants objections to the findings and recommendations, the undersigned directed the clerk of the court to re-serve the October 7, 2025, order and findings and recommendations and ordered defendants' to re-serve their objections.  ECF No. 71-74.  Because defendants' declaration of service indicated they had served plaintiff at FCI Victorville when he had already been transferred to Florence ADMAX, on January 13, 2026, the undersigned ordered that defendants to re-serve plaintiff at Florence ADMAX.  ECF Nos. 76-77.  That same day, the court received a declaration of service from defendants declaring under penalty of perjury that defendants' objections to the findings and

1

recommendations were served by mail to plaintiff at Patrick Brady 78629-097, USP Florence ADMAX, ADX-607, P.O. Box 8500, Florence, CA 81226.

The court recently received documents from plaintiff requesting copies of his opposition to the motion for summary judgment, indicating that he has not received any documents from defendants despite the court order that they re-serve him with their objections to the findings and recommendations, and requesting an extension of time.  ECF Nos. 79-80.  The request for copies and extension of time are dated January 9, 2026.  ECF No. 80.  The most recent notice from plaintiff, which indicates he received this court's order extending his deadline to March 2, 2026, but has not received anything from defendants, is dated January 25, 2026.  ECF No. 79.

Because plaintiff's deadline to file objections to the October 7, 2025, findings and recommendations is fast approaching, the court will grant plaintiff a 14-day extension of time.  The court will also require defendants' to respond to plaintiff's allegations that he has not received a copy of their objections and does not have access to his legal property.

With respect to plaintiff's request for copies, plaintiff is informed that the rule he cites with respect to "one free electronic copy" applies only to *electronically filed documents*.  He did not file his opposition electronically; he mailed it to the court, as all other pro se prisoners are required to do.  Nonetheless, to avoid further delays in reaching a resolution in this matter, the court will grant him a one-time courtesy copy of his opposition to defendants' motion for summary judgment, without exhibits, as requested.  The court will also direct the clerk of the court to send plaintiff a copy of defendants' objections.  In the future, should plaintiff require copies of any documents filed in this matter, he will be expected to pay $0.50 per page for his requests.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 7 days from the date of this order, defendants' counsel shall respond to plaintiff's allegations that he has not received a copy of their objections and does not have access to his legal property.

2. Plaintiff's request for an extension of time and request for copies (ECF No. 80) is GRANTED in part.

3. Plaintiff has until **March 20, 2026**, to file written objections to the magistrate judge's October 7, 2025, findings and recommendations. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4. The Clerk of the Court is directed to send plaintiff a **one-time courtesy copy** of:

    a. Pages 1-26 of plaintiff's opposition to defendants' motion for summary judgment (ECF No. 64); and

    b. Defendants' objections to the October 7, 2025, findings and recommendations (ECF No. 72).

DATED: February 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3