UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BRADY,<br>Plaintiff,<br>v.<br>SCOTT JONES, et al.,<br>Defendants. | No. 2:21-cv-00489-TLN-AC<br><br>**ORDER** |

Plaintiff, a state and federal prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 71.) Plaintiff and Defendants filed objections to the findings and recommendations. (ECF Nos. 72, 84.) Defendants also filed a response to Plaintiff's objections. (ECF No. 85.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 71) are ADOPTED IN FULL;

2. Defendants' motion for summary judgment (ECF No. 61) is GRANTED in part AND DENIED in part as follows:

   a. GRANTED as to (a) Claim One; (b) Claim Two, on grounds of qualified immunity; and (c) plaintiff's request for injunctive relief, as moot; and

   b. DENIED as to (a) the defense of non-exhaustion under the PLRA; and (b) Claim Three.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE